[No. 34042-9-II. Division Two. April 3, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. STEFFAN F.E. SCHIERSCH, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 05-1-00917-7, Sally F. Olsen and Anna M. Laurie, JJ., entered October 19, 2005. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Penoyar, J.; Quinn-Brintnall, J., dissenting.

[No. 34271-5-II. Division Two. April 3, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. LISA DIANE CHAVEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-02595-8, Katherine M. Stolz, J., entered December 9, 2005. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Houghton, C.J., and Quinn-Brintnall, J.

[No. 34316-9-II. Division Two. April 3, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MIROSLAV I. SHUGANI, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-1-01922-1, John F. Nichols, J., entered January 13, 2006. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Penoyar, JJ.

[No. 34657-5-II. Division Two. April 3, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY J. HUSSEY, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 05-1-01928-3, Chris Wickham, J., entered March 23, 2006. *Remanded* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Bridgewater, J.